In the Matter of the Estate of LILLIA M. BEARNS, Deceased.

CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of LILLIA M. BEARNS, Deceased, Appellant; JOSEPH H. BEARNS et al., Respondents.

Argued October 16, 1940; decided November 13, 1940.

*Charles Angulo* and *Benjamin Nassau* for appellant.

*Benjamin T. Cooke* and *John H. Hazelton* for Joseph H. Bearns, respondent.

Order affirmed, with costs to all parties appearing and filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.